# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1541

_____

Bola Ajiwoju,

        Appellant,

v.

University of Missouri-
Kansas City,

        Appellee.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the Western
\*  District of Missouri.
\*
\*  [UNPUBLISHED]
\*
\*

_____

Submitted: January 27, 2010
Filed: February 3, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Bola Ajiwoju appeals the district court's[1] adverse grant of summary judgment in his discrimination action. After careful de novo review, see Carter v. St. Louis Univ., 167 F.3d 398, 400 (8th Cir. 1999), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1] The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.